The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CHAUNCEY L. WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | NO. C16-5559BHS<br><br>**ORDER** GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO VACATE UNDER 18 U.S.C. § 2255<br><br>Note: September 23, 2016 |

The Motion by the United States of America for an Extension of Time to Respond to Petitioner's Motion to Vacate Under 18 U.S.C. § 2255, for the reasons stated in the Government's Motion, is

HEREBY GRANTED. The current due date for the Government's Answer of September 16, 2016, is stricken. The new due date is October 31, 2016.

DATED this 17 day of ~~September~~ October, 2016.

_____
BENJAMIN H. SETTLE
United States District Judge

Proposed by:
s/*Gregory A. Gruber*
GREGORY A. GRUBER
Assistant United States Attorney

ORDER GRANTING EXTENSION OF TIME - 1
*U.S. v. CHAUNCEY L. WILLIAMS, C16-5559BHS*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800